UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-80062-KAM

**UNITED STATES OF AMERICA**

vs.

**CHRISTIAN MCKEON, et al,**

**Defendant.**
_____/

## WITNESS AND EXHIBIT LIST

NOW COMES the Government, through counsel, and files this witness and exhibit list for the May 5, 2021 detention hearing in the above captioned matter:

Witnesses

1. Brian Frank, Special Agent with the OIG-HHS

Exhibits

1. Summary of Flow of Funds
2. Summary of Cash and ATM withdrawals and crypto currency transactions
3. Christian McKeon's Family Law Financial Affidavit, dated November 10, 2020
4. Christian McKeon's Sworn Interrogatories, dated November 10, 2020
5. Lease Application Agreement, dated February 10, 2020
6. Family Court Order Finding McKeon in Contempt, dated February 8, 2021
7. Judge Scola Order, dated February 24, 2021 (unsealed)
8. Judge Scola Order, dated March 10, 2021 (unsealed)

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: */s/ Patrick J. Queenan*
Patrick J. Queenan
Trial Attorney
FL Special Bar No. A5502715
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 875-0326
patrick.queenan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2021, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

**Dated:** May 4, 2021

/s/ *Patrick J. Queenan*
Trial Attorney
U.S. Department of Justice